IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>**BRADLEY EUGENE DAVIS**<br>a/k/a Bradley Eugene Mefford,<br><br>*Defendant.* | Case No.: CR-21-360-RAW |

## PRELIMINARY ORDER OF FORFEITURE

Before the Court is the Unopposed Motion of the United States for a Preliminary Order of Forfeiture filed July 11, 2022. The Court finds that, as a result of the guilty plea of Defendant Bradley Eugene Davis a/k/a Bradley Eugene Mefford to Count Four of the Indictment filed November 10, 2021, in which the government sought forfeiture and the plea agreement into which he entered, the motion should be granted.

Pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), a Preliminary Order of Forfeiture shall be entered whereby the following firearm is preliminarily forfeited to the United States and the forfeiture of such firearm shall be made part of the defendant's sentence and included in the judgment:

- One (1) Carl Walther, Model PPX, 9mm Luger caliber, semi-automatic pistol, serial number FAT0143.

The United States shall publish notice of this Order and its intent to dispose of the firearm pursuant to Title 21, United States Code, Section 853(n) and Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure. The United States shall also send notice to any person who reasonably appears to be a potential claimant withstanding to contest the forfeiture in the ancillary proceeding.

Upon the entry of this Order, the United States is authorized to seize or retain custody of the firearm in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

Any person, other than the defendant, asserting a legal interest in the firearm may, within thirty (30) days of the final publication of notice or the receipt of notice, whichever is earlier, petition the Court for a hearing to adjudicate the validity of the alleged interest.

Following the Court's disposition of any petition timely filed, a Final Order of Forfeiture of the firearm shall be entered. If no third-party files a timely petition, this Order shall become the Final Order of Forfeiture as provided by Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, and all right, title and interest would vest in the United States for disposition according to law.

IT IS THEREFORE ORDERED that, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), the Unopposed Motion of the United States for Preliminary Order of Forfeiture is granted, and the firearm described above is preliminarily forfeited to the United States.

IT IS FURTHER ORDERED that the United States shall initiate proceedings necessary to protect third-party interests, if any, pursuant to and in accordance with Rule 32.2.

Dated this 11th day of July, 2022.

_____
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE